SCWC-18-0000502

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant-Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee-Appellee,

and

AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Respondent/Insurance Carrier-Appellee, and JOHN MULLEN & COMPANY,
INC., Respondent/Insurance Carrier-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000502; CASE NO. AB 2015-259(H)(S); DCD NO. 1-87-00882)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Dwight J. Vicente's "Notice of Appeal to the Supreme Court," filed on May 3, 2019, which we construe as an application for writ of certiorari from the Intermediate Court of Appeals' April 26, 2019 "Order Dismissing Appeal for Lack of Appellate Jurisdiction," is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

